JOHN A. DiCICCO
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
E-mail: *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BOOTH, and LOUISE BOOTH, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL SCOTT IOANE, ACACIA CORPORATE MANAGEMENT, LLC, et al., <br><br> Defendants. | Civil No. <br><br> **NOTICE OF REMOVAL** |
| MICHAEL SCOTT IOANE; ACACIA CORPORATE MANAGEMENT, LLC, <br><br> Cross-claimants, <br><br> v. <br><br> STEVEN BOOTH, LOUISE BOOTH, UNITED STATES OF AMERICA, et al. <br><br> Cross-defendants. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA:

1  PLEASE TAKE NOTICE that defendant United States of America hereby removes the above-captioned action from the Superior Court for the State of California County of Kern to the United States District Court for the Eastern District of California pursuant to 28 U.S.C. §§ 1442 and 1444.

The grounds for removal are as follows:

1. On or about January 20, 2012, a civil action designated as "Verified Crossclaim of Michael Ioane, and Acacia Corporate Management, LLC for Quiet Title" was filed in the Superior Court of the State of California in and for the County of Kern, case no. S-1500-CV-273654 DRL (a copy of the summons and complaint are attached).

2. The United States Attorney for the Eastern District of California was served with a copy of the summons and complaint on January 20, 2012. It does not appear that the Attorney General has been properly served.

3. This case may be removed under 28 U.S.C. § 1442 because the United States is named as a defendant and under 28 U.S.C. § 1444 because the complaint seeks to quiet title to real property in which the United States has an interest.

4. A copy of all pleadings received by the United States is attached hereto.

JOHN A. DiCICCO
Principal Deputy Assistant Attorney General

Date: February 3, 2012 /s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice

BENJAMIN B. WAGNER
United States Attorney

Of Counsel