JOHN A. DiCICCO
Principal Deputy Assistant Attorney General

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
E-mail: *Guy.P.Jennings@usdoj.gov*

Attorneys for the United States of America

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California

Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BOOTH, and LOUISE BOOTH, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL SCOTT IOANE, ACACIA CORPORATE MANAGEMENT, LLC, et al., <br><br> Defendants. | Civil No. <br><br> **CERTIFICATE OF SERVICE** |
| MICHAEL SCOTT IOANE; ACACIA CORPORATE MANAGEMENT, LLC, <br><br> Cross-claimants, <br><br> v. <br><br> STEVEN BOOTH, LOUISE BOOTH, UNITED STATES OF AMERICA, et al. <br><br> Cross-defendants. | |

| | |
|---|---|
| 1 | IT IS HEREBY CERTIFIED that service of the following |
| 2 | 1.   **NOTICE OF REMOVAL** |
| 3 | 2.   **CERTIFICATE OF SERVICE** |
| 4 | has been made this 3rd day of February of 2012, by placing a copy thereof in the United States |
| 5 | Mail in a postage-prepaid, government-metered envelope addressed to: |

William McPike
Attorney at Law
36360 Peterson Rd
Auberry, CA 93602

Attorney for Acacia Corporate Management, LLC, and Michael S. Ioane

Randolf Krbechek
Attorney at Law
9477 N. Fort Washington Road, Suite 104
Fresno, California 93730

Attorneys for V. Steven Booth and Louise Q. Booth

/s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division