UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BOOTH and LOUISE BOOTH,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>MICHAEL SCOTT IOANE, ACACIA CORPORATE MANAGEMENT, LLC, et al.,<br><br>　　　Defendants.<br>_____<br>MICHAEL SCOTT IOANE AND ACACIA CORPORATE MANAGEMENT, LLC,<br><br>　　　Cross-Claimants<br><br>　　v.<br><br>STEVEN BOOTH, LOUISE BOOTH, UNITED STATES OF AMERICA, et al.<br><br>　　　Cross-Defendants<br>_____ | CASE NO. 1:12-CV-0171 AWI GSA<br><br>ORDER VACATING HEARING DATE OF MAY 21, 2012 AND TAKING MATTER UNDER SUBMISSION |

　　　Defendants Michael Scott Ioane and Acacia Corporate Management have made a motion to dismiss Plaintiffs Steven and Louise Booths claims.  Plaintiffs have filed an opposition.  Additionally, Cross-Defendant United States of America has also filed an opposition, seeking to delay the hearing until June 25, 2012, to coincide with a motion in a related case.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without

1

further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 21, 2012, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 16, 2012

CHIEF UNITED STATES DISTRICT JUDGE