UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BOOTH and LOUISE BOOTH,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL SCOTT IOANE, ACACIA CORPORATE MANAGEMENT, LLC, et al.,<br><br>    Defendants.<br>_____<br>MICHAEL SCOTT IOANE AND ACACIA CORPORATE MANAGEMENT, LLC,<br><br>    Cross-Claimants<br><br>    v.<br><br>STEVEN BOOTH, LOUISE BOOTH, UNITED STATES OF AMERICA, et al.<br><br>    Cross-Defendants<br>_____ | CASE NO. 1:12-CV-0171 AWI GSA<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 19, 2012 AND TAKING MATTER UNDER SUBMISSION |

    Defendants have made a motion to dismiss. Plaintiffs have filed no opposition. Cross-Defendants United States has made a filing regarding this motion. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November

1

19, 2012, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     November 14, 2012                                     /s/ signature
                                                        UNITED STATES DISTRICT JUDGE