UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BOOTH and LOUISE BOOTH,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICHAEL SCOTT IOANE, ACACIA CORPORATE MANAGEMENT, LLC, et al.,<br><br>  Defendants.<br>_____<br>MICHAEL SCOTT IOANE AND ACACIA CORPORATE MANAGEMENT, LLC,<br><br>  Cross-Claimants<br><br>  v.<br><br>STEVEN BOOTH, LOUISE BOOTH, UNITED STATES OF AMERICA, et al.<br><br>  Cross-Defendants<br>_____ | CASE NO. 1:12-CV-0171 AWI GSA<br><br>ORDER RESETTING MATTER FOR DECEMBER 10, 2012 |

Defendants have made a motion to dismiss with a hearing scheduled for November 19, 2012. Doc. 45. Plaintiffs failed to file a timely opposition and the court took the matter under submission. Doc. 49. Plaintiffs have now filed a request for leave to submit a late-filed opposition, stating "Due to excusable oversight, the undersigned failed to proper[l]y calendar[] the due date for the filing of opposition." Doc. 48, 1:27-28. Dealing with a case on the merits is

1

favored.  The motion to dismiss is reset for hearing on December 10, 2012, at 1:30 PM to allow Defendants a chance to respond to the newly filed opposition.

IT IS SO ORDERED.

Dated:     November 19, 2012

UNITED STATES DISTRICT JUDGE