UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BOOTH and LOUISE BOOTH, <br><br>Plaintiffs, <br><br>v. <br><br>MICHAEL SCOTT IOANE, ACACIA CORPORATE MANAGEMENT, LLC, et al., <br><br>Defendants. <br><hr> MICHAEL SCOTT IOANE AND ACACIA CORPORATE MANAGEMENT, LLC, <br><br>Cross-Claimants <br><br>v. <br><br>STEVEN BOOTH, LOUISE BOOTH, UNITED STATES OF AMERICA, et al. <br><br>Cross-Defendants | CASE NO. 1:12-CV-0171 AWI GSA <br><br>ORDER VACATING HEARING DATE OF DECEMBER 10, 2012 |

Defendants and cross-complainants Michael Ioane and Acacia Corporate Management, LLC have filed a motion to dismiss the first amended complaint of plaintiffs and cross-defendants Steven Booth and Louise Booth. The Court, having reviewed the pleadings of record and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument. *See* Local Rule 230(g).

Accordingly, the previously scheduled hearing date of December 10, 2012 is hereby VACATED and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated: December 4, 2012

UNITED STATES DISTRICT JUDGE