# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BOOTH and LOUISE BOOTH,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL SCOTT IOANE, ACACIA CORPORATE MANAGEMENT, LLC, et al.,<br><br>    Defendants.<br><br>MICHAEL SCOTT IOANE AND ACACIA CORPORATE MANAGEMENT, LLC,<br><br>    Cross-Claimants<br><br>    v.<br><br>STEVEN BOOTH, LOUISE BOOTH, UNITED STATES OF AMERICA, et al.<br><br>    Cross-Defendants | CASE NO. 1:12-CV-0171 AWI GSA<br><br>ORDER VACATING HEARING DATE OF FEBRUARY 25, 2013 |

    Michael Schott Ioane and Acacia Corporate Management have filed a motion for stay. Doc. 65. The United States of America opposes the motion. Doc. 65. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February

1

25, 2013, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    February 20, 2013

SENIOR DISTRICT JUDGE