# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BOOTH and LOUISE BOOTH,<br><br>Plaintiffs<br><br>v.<br><br>MICHAEL SCOTT IOANE, ACACIA CORPORATE MANAGEMENT, LLC, et al.,<br><br>Defendants | CASE NO. 1:12-CV-0171 AWI GSA<br><br>ORDER GRANTING CONTINUANCE |

Plaintiffs have asked for a continuance in this case and a new deadline to file an amended complaint. Doc. 93.  By order of May 7, 2013, Plaintiffs were given 90 days to file an amended complaint. Doc. 76.  Defendants oppose the motion for continuance and ask that the case be dismissed as Plaintiffs have not complied with the court's deadline. Doc. 94.

This case is inextricably related to two other cases, Civ. Case No. 09-1689 and Civ. Case No. 07-1129.  In Civ. Case No. 09-1689, a bench trial was held July 16-19, 2013.  The parties have not yet filed proposed findings of fact and conclusions of law.  Due to the lapse in federal appropriations to fund the U.S. Department of Justice, that case is currently stayed.  It is hoped that Civ. Case No. 09-1689 will resolve all issues in these three interrelated cases.  Thus, the parties have not proceeded in prosecuting Civ. Case No. 07-1129 and Civ. Case No. 12-0171, awaiting the result in Civ. Case No. 09-1689.  In the interest of judicial efficiency, it would be advantageous to defer all consideration of matters in this case until a final judgment has issued in Civ. Case No. 09-1689.  All deadlines in this case are continued.  The court will issue further orders setting out new deadlines once a decision has been filed in Civ. Case No. 09-1689.

1
2
3  IT IS SO ORDERED.
4  Dated:   October 17, 2013                                  /s/ signature
                                              SENIOR  DISTRICT  JUDGE
5
6
...
28